IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAROD EVILSIZOR,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-771-wmc

        This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jarod Evilsizor attorney fees and costs in the amount of $9,100.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ V. Olmo, Deputy Clerk | 6/02/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |